Rehearing En Banc Granted; Opinion of December 12, 2002 Withdrawn;
Affirmed and En Banc Majority and Dissenting Opinions on Re









Rehearing En Banc Granted; Opinion of December 12,
2002 Withdrawn; Affirmed and En Banc Majority and Dissenting Opinions on
Rehearing filed July 31, 2003.

 

 

 

 

 

 

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-01-00529-CV

____________

 

THE UNIVERSITY OF TEXAS MEDICAL BRANCH AT GALVESTON d/b/a JOHN
SEALY HOSPITAL (AUTMB@) ,
Appellant

 

V.

 

KEVIN BARRETT, M.D., Appellee

 



 

On
Appeal from the 122nd District Court

Galveston County, Texas

Trial
Court Cause No. 95CV0834

 



 

E
N   B A N C   D I S S E N T I N
G   O P I N I O N   O N   R E H E A R I N G

For
the reasons expressed in Texas Southern University v. Carter, 84  S.W.3d 787 (Tex.
App.CHouston
[1st Dist.] 2002, no pet.) and in City of San Antonio v. Marin,
19 S.W. 3d 438 (Tex. App.CSan Antonio 2000, no pet.), I respectfully disagree with the
majority=s
conclusion that the statutory prerequisites for filing suit under the
Whistleblower Act are not 

 

 








jurisdictional.                         

 

 

 

 

/s/        Leslie
Brock Yates

Justice

 

 

Rehearing
En Banc Granted; Opinion of December 12, 2002, Withdrawn; Judgment rendered and
En Banc Majority and Dissenting Opinions On Rehearing
filed July 31, 2003. (En Banc Majority Opinion delivered by Chief Justice Brister and joined by Justices Hudson, Fowler, Edelman,
Frost and Guzman.  En Banc Dissenting
Opinion delivered by Justice Anderson and joined by Justice Seymore.  Justice Yates also filed an En Banc
Dissenting Opinion).